United States District Court
Southern District of Texas
**ENTERED**
November 22, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 4:19-CR-832 |
| | § | |
| GERALD M GOINES, *et al*, | § | |
| | § | |
| Defendants. | § | |

## SCHEDULING ORDER

1. **December 4, 2019** — All motions will be filed no later than this date <u>All motions except motions to suppress evidence and motions to dismiss will contain an averment that the movant has conferred with the respondent and that counsel cannot agree about the disposition of the motion.</u>

2. **December 18, 2019** — Response to motions will be filed no later than this date.

3. **January 3, 2020 at 10:00 AM**
   **DEFENDANT MUST BE PRESENT** — Pretrial Conference before Judge George C. Hanks, Jr. United States Courthouse, 515 Rusk, Courtroom 600, Houston, Texas.

4. **January 13, 2020 at 9:00 AM** — This case is set for jury trial on this date and time. No later than one business day before this date each counsel will file and deliver to opposing counsel and to the court's chambers a proposed charge to the Jury, an exhibit list, copies of all documents and photographs to be offered as exhibits, and a witness list.

5.  2 Weeks days        Estimated trial time

<u>The court will not consider any papers filed within seven days of any conference, hearing, or sentencing unless counsel delivers copies of such papers to chambers the day they are filed.</u>

Direct questions regarding this schedule to Susan Gram, Case Manager, U.S. District Clerk's Office, 515 Rusk, Fifth Floor, Houston, TX  77002.  Phone:  713-250-4506.

SIGNED at Houston, Texas on 11/21/2019

*Dena Palermo*
United States Magistrate Judge