UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                            Case Number: 4:19–cr–00832

Gerald M Goines

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Christina A Bryan

**PLACE:**
Courtroom 701
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:**  11/26/2019

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Bond Hearing

Date:   November 25, 2019

David J. Bradley, Clerk