United States District Court
Southern District of Texas
**ENTERED**
December 12, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 4:19-CR-832 |
| | § | |
| GERALD M GOINES, *et al*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

On this day came to be considered the Government's Motion to Certify the above numbered and styled cause a complex case pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(ii) which constitutes excludable time under the Speedy Trial Act. After considering the Motion, it is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that the above-styled and numbered cause is certified as a complex case pursuant to Section 3161(h)(7)(B)(ii) of Title 18, United States Code. All deadlines and court settings in any prior scheduling order (Dkt 15) are hereby cancelled.

This case is set for a status conference on **March 3, 2020 at 10:00 AM** at which time the Court will enter a scheduling order.

SIGNED this day 12th day of December, 2019.

_____
George C. Hanks Jr.
United States District Judge