## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                              Case Number: 4:19–cr–00832

Gerald M Goines
Steven O Bryant
Patricia Ann Garcia

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

George C Hanks, Jr

**PLACE:**
Courtroom 600 in Houston
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 3/3/2020

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Status Conference


Date:   December 12, 2019

                                            David J. Bradley, Clerk