


United States Courts Southern
District of Texas
FILED

*1/27/2021*

Nathan Ochsner, Clerk of Court

From: "Barned-Smith, St John" <St.John.Smith@chron.com>
Date: January 27, 2021 at 1:17:01 PM CST
To: George Hanks
Subject: **Request to unseal a sealed order**

**CAUTION - EXTERNAL:**

Good afternoon, Judge Hanks.

My name is St. John Barned-Smith and I cover public safety for the Houston Chronicle. I noticed in PACER that yesterday, a sealed order was filed in case **4:19-cr-00832, USA v. Goines et al**. This case regards grave misconduct within the Houston Police Department which led to the deaths of two Houstonians, and is of vital interest to the public.

I am writing to request that this order be unsealed. I do not believe there is any reason these court proceedings should be shielded from public scrutiny, particularly in this present climate — and especially in this case, which continues to generate significant interest, two years after the deaths of Dennis Tuttle and Rhogena Nicholas.

Thank you for your consideration,

St. John Barned-Smith
Houston Chronicle
617-938-7175

**CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.**