

**U.S. Department of Justice**

*United States Attorney's Office*
*Southern District of Texas*

*1000 Louisiana*  Phone: (713) 567-9000
*Suite 2300*  Fax: (713) 718-3300
*Houston, Texas 77002*

February 25, 2021

Honorable George C. Hanks, Jr.
United States District Court
Southern District of Texas

***Re: Status of cause no. 4:19-CR-832; United States v. Gerald M. Goines, et. al.***

Judge Hanks:

The United States, Gerald Goines, and Steven Bryant jointly propose the Court set a status hearing date for Tuesday, June 1, 2021. As for the third defendant, Patricia Garcia, the parties all have agreed to her rearraignment, scheduled for March 9, 2021 at 9:30 a.m.

When the parties last appeared before the Court on March 3, 2020, it was prior to the institution of COVID-19 related stay-at-home orders in Texas. Since then, the COVID-19 pandemic has placed restrictions on all the parties and has affected the ability of each party to review discovery, meet with witnesses and clients, engage in case-related discussions with opposing counsel, and prepare for trial. Almost a year into the pandemic and its restrictions, and there are still uncertainties as to when and how the above restrictions will lessen. In addition, discovery is still ongoing.

Finally, because of the case's complexities, the parties respectfully request the Court set a status conference under 18 U.S.C. § 3161(h)(7)(B)(i) & (ii) for Tuesday, June 1, 2021, at which time the parties are hopeful they will be in a better position to propose dates for motions deadlines, pretrial conference and trial.

Respectfully submitted,

*/s/Arthur R. Jones*
Arthur R. Jones
Assistant United States Attorney
Southern District of Texas

*/s/Alamdar S. Hamdani*
Alamdar S. Hamdani
Assistant United States Attorney
Southern District of Texas

*/s/Nicole DeBorde*
Nicole DeBorde
Counsel for Gerald Goines


*/s/Andy Drumheller*
Andy Drumheller
Counsel for Steven Bryant


*/s/Marjorie A. Myers*
Marjorie A. Myers
Counsel for Patricia Garcia