

**U.S. Department of Justice**

*United States Attorney's Office*
*Southern District of Texas*

| | |
|---|---|
| *1000 Louisiana* | *Phone: (713) 567-9000* |
| *Suite 2300* | *Fax: (713) 718-3300* |
| *Houston, Texas  77002* | |

May 28, 2021

Honorable George C. Hanks, Jr.
United States District Court
Southern District of Texas

*Re:  Status of cause no. 4:19-CR-832; United States v. Gerald M. Goines*

Judge Hanks:

    The United States and Gerald Goines jointly propose that the Court set a status hearing date for Tuesday, September 7, 2021.

    When the parties last appeared before the Court on March 3, 2020, it was prior to the institution of COVID-19 related stay-at-home orders in Texas.  Although the COVID-19 pandemic restrictions have begun to lift, for over a year the pandemic affected the ability of each party to review discovery, meet with witnesses and clients, engage in case-related discussions with opposing counsel, and prepare for trial. In addition, discovery is still ongoing.  Finally, because of the case's complexities, the parties respectfully request the Court set a status conference under 18 U.S.C. § 3161(h)(7)(B)(i) & (ii) for Tuesday, September 7, 2021, at which time the parties are hopeful they will be in a better position to propose dates for motions deadlines, pretrial conference and trial.

                                                    Respectfully submitted,

| | |
|---|---|
| */s/Arthur R. Jones* | */s/Alamdar S. Hamdani* |
| Arthur R. Jones | Alamdar S. Hamdani |
| Assistant United States Attorney | Assistant United States Attorney |
| Southern District of Texas | Southern District of Texas |

*/s/Nicole DeBorde*
Nicole DeBorde
Counsel for Gerald Goines