United States District Court
Southern District of Texas
**ENTERED**
September 10, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 4:19-CR-832 |
| | § | |
| GERALD M GOINES | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

On this day, the Court considered the parties' September 3, 2021, joint status report, and accordingly, under 18 U.S.C. § 3161(h)(7)(B)(i) & (ii), which constitutes excludable time under the Speedy Trial Act, it is ordered that a status conference be scheduled for Tuesday, December 14, 2021 at 10:30 a.m. by video.

SIGNED at Houston, Texas, this 10th day of September, 2021.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE