United States District Court
Southern District of Texas
**ENTERED**
May 20, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CAUSE NO. H-19-cr-832-1 |
| | § | |
| GERALD M. GOINES | § | |

## ORDER SETTING STATUS CONFERENCE

On this day, the Court considered the parties' May 19, 2022, joint status report, and accordingly, under 18 U.S.C. § 3161(h)(7)(B)(i) & (ii), which constitutes excludable time under the Speedy Trial Act, it is ordered that a status conference be scheduled for __SEPTEMBER 19, 2022 at 11:00 a.m.__ by video conference.

Dated this __20th__ day of _____May_____, 2022.

_____
HONORABLE GEORGE C. HANKS JR.
UNITED STATES DISTRICT JUDGE