

**U.S. Department of Justice**

*United States Attorney's Office*
*Southern District of Texas*

*1000 Louisiana*  Phone: (713) 567-9000
*Suite 2300*  Fax: (713) 718-3300
*Houston, Texas  77002*

September 14, 2022

Honorable George C. Hanks, Jr.
United States District Court
Southern District of Texas

***Re:  Status of cause no. 4:19-CR-832; United States v. Gerald M. Goines, et. al.***

Judge Hanks:

The United States and Gerald Goines jointly propose the Court continue the status conference scheduled for September 19, 2022 for 90 days.

Because of pending issues in a related Harris County criminal case, issues that should be resolved within 90 days, the parties request a continuance of the status conference.  After the 90 days, the parties should be in a better position to articulate an appropriate schedule for motions deadlines, pretrial conference and trial, if one is needed.

Finally, because of the case's complexities, the parties respectfully request the Court continue the status conference under 18 U.S.C. § 3161(h)(7)(B)(i) & (ii) for 90 days.

Respectfully submitted,

*/s/Arthur R. Jones*
Arthur R. Jones
Assistant United States Attorney
Southern District of Texas

*/s/Alamdar S. Hamdani*
Alamdar S. Hamdani
Assistant United States Attorney
Southern District of Texas

*/s/Nicole DeBorde*
Nicole DeBorde
Counsel for Gerald Goines

1