United States District Court
Southern District of Texas
**ENTERED**
September 11, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:19-CR-832-01 |
| | § | |
| GERALD GOINES | § | |

## **ORDER**

Accordingly, under 18 U.S.C. § 3161(h)(7)(B)(i) & (ii), which constitutes excludable time under the Speedy Trial Act, it is ordered that a Status Conference be scheduled for December 3, 2024 at 11:30 AM, by videoconference.

SIGNED at Houston, Texas on September 11, 2024.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE