UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. H-19-CR-832 |
| GERALD M. GOINES | § | |

### APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Alamdar S. Hamdani, United States Attorney in and for the Southern District of Texas, petitioner herein, and shows to the Court that **GERALD M. GOINES; TDCJ# 02521070; SID# 10545645**, duly committed to Texas Department of Criminal Justice (TDCJ), Wallace Pack Unit, 2400 Wallace Pack Road, Navasota, Texas 77868, is a defendant in the above-captioned case which will be called for the purpose of a Status Conference in the United States District Court for the Southern District of Texas, Houston Division, on the 3rd day of December, 2024, at 11:30 a.m., in Houston, Texas.

Petitioner further represents that the Warden of the Texas Department of Criminal Justice's Wallace Pack Unit, 2400 Wallace Pack Road, Navasota, Texas 77868, where the defendant is currently in custody serving a sentence for a Texas criminal conviction, will release the defendant into the custody of the United States Marshal for the Southern District of Texas or any other authorized United States Marshal, upon this Writ, with the agreement and understanding that after the federal proceedings necessitated by the cause, he is to be returned by the said United States Marshal into the custody of the Warden of the Texas Department of Criminal Justice's Wallace

1

Pack Unit, 2400 Wallace Pack Road, Navasota, Texas 77868, where he now stands duly committed by law.

WHEREFORE, petitioner prays the Court to issue a Writ of Habeas Corpus Ad Prosequendum directing the United States Marshal for the Southern District of Texas, or any other authorized United States Marshal, to produce the body of the said defendant before this Court on the 3rd day of December, 2024, so that he may be present in this cause at that time and date.

    Respectfully submitted,

    ALAMDAR S. HAMDANI
    United States Attorney

By:  */s/ Arthur R. Jones*
    ARTHUR R. JONES
    Assistant United States Attorney
    Federal Bar No. 32963
    Texas Bar No. 24051986
    1000 Louisiana Street, Suite 2300
    Houston, Texas 77002
    (713) 567-9357 Phone
    (713) 718-3305 Fax