IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO: 4:19-CR-00832 |
| | § | |
| GERALD M. GOINES | § | |

## MOTION TO GRANT
## PROPOSED AGREED SCHEDULING ORDER

TO THE HONORABLE GEORGE C. HANKS, UNITED STATES DISTRICT JUDGE FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION:

COMES NOW, GERALD M. GOINES, Defendant, by and through his undersigned counsel, respectfully moves this Honorable Court to grant the proposed scheduling order and for good cause would show as follows:

I.

The Court has requested counsel for the defense and for the government to confer and propose a scheduling order. The proposed scheduling order is suggested jointly by the defense and the prosecution:

        Pretrial Motions Due: August 19, 2025

        Responses to Pretrial Motions Due: September 3, 2025

        Pretrial Conference: September 9, 2025

        Jury Selection & Jury Trial: September 15, 2025

II.

Counsel for both parties request this Honorable Court to grant the proposed scheduling order.

WHEREFORE, PREMISES CONSIDERED, Defendant, respectfully prays that this motion be granted, and that the Court issue the scheduling order with proposed dates.

Respectfully submitted,

*/s/ Nicole DeBorde HOCHGLAUBE*
NICOLE DEBORDE HOCHGLAUBE
Federal ID No. 16839
TBA No. 00787344
3515 Fannin Street
Houston, Texas 77004
Telephone: (713) 526-6300
Facsimile: (713) 808-9444
Email: Nicole@DeBordeLawFirm.com

Attorney for Defendant,
GERALD M. GOINES

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO: 4:19-CR-00832 |
| | § | |
| GERALD M. GOINES | § | |

### CERTIFICATE OF CONFERENCE

On December 12, 2024 counsel for Defendant conferred with AUSA, Arthur Jones, who is in agreement with the proposed schedule.

*/s/ Nicole DeBorde Hochglaube*
NICOLE DEBORDE HOCHGLAUBE

### CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system under seal, and contemporaneously sent the motion to AUSA Arthur Jones via email.

*/s/ Nicole DeBorde Hochglaube*
NICOLE DEBORDE HOCHGLAUBE