IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § § | NO. 4:19-CR-00832 |
| GERALD M. GOINES | § | |

**<u>UNOPPOSED MOTION TO CONTINUE SCHEDULING ORDER</u>**

TO THE HONORABLE GEORGE C. HANKS, UNITED STATES DISTRICT JUDGE FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION:

COMES NOW, GERALD M. GOINES, Defendant, by and through his undersigned counsel, and respectfully moves this Honorable Court for a continuance of the scheduling order for good cause would show as follows:

I.

Mr. Gerald M. Goines' case is set for a pre-trial conference on December 1, 2025. Jury Selection and Trial are set for December 8, 2025. This case involves large amounts of discovery, which has taken time to review and distill. Additionally, the underlying facts of this case were the subject of a trial which produced and an unusually large record requiring both sides substantial time to review. Further, Mr. Goines and the government are still in discussions about a possible resolution in this matter and believe it may be possible to reach a resolution without trial. Both the prosecution and counsel for Mr. Goines agree that additional time is needed in the interest of justice and in hopes of reaching resolution. The parties believe that a

short continuance to the week of January 26, 2026, if that date would be acceptable to the Court, would allow for work and negotiations to be completed.

II.

This motion is made, not solely for the purpose of delay, but that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Defendant, respectfully prays that this motion be granted, that the Court continue the scheduling order for the week of January 26, 2026 if that scheduling works for the Court.

Respectfully submitted,

*/s/ Nicole DeBorde Hochglaube*
NICOLE DEBORDE HOCHGLAUBE
Federal ID No. 16839
TBA No. 00787344
3515 Fannin Street
Houston, Texas 77004
Telephone: (713) 526-6300
Facsimile: (713) 808-9444
Email: Nicole@DeBordeLawFirm.com

Attorneys for Defendant,
GERALD M. GOINES

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:19-CR-00832 |
| | § | |
| GERALD M. GOINES | § | |

## CERTIFICATE OF CONFERENCE

On November 19, 2025 counsel for Defendant conferred with AUSA Arthur R. Jones concerning his position on this Unopposed Motion to Continue Scheduling Order and he is in agreement with this motion.

                                                        */s/ Nicole DeBorde Hochglaube*
                                                        NICOLE DEBORDE HOCHGLAUBE

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and contemporaneously sent the motion to AUSA Arthur R. Jones via email.

                                                        */s/ Nicole DeBorde Hochglaube*
                                                        NICOLE DEBORDE HOCHGLAUBE